```
                                                    FILED
                                                    NOV 26 2013
1                                                   CLERK, U.S. DISTRICT COURT
                                                    EASTERN DISTRICT OF CALIFORNIA
2                                                   BY _____
                                                         DEPUTY CLERK
3

4            IN THE UNITED STATES DISTRICT COURT FOR THE

5                    EASTERN DISTRICT OF CALIFORNIA

6
    UNITED STATES OF AMERICA,      )
7                                  )
             Plaintiffs,            )    No CR-09-256-AWI
8                                  )
        vs.                         )    ORDER OF RELEASE
9                                  )
    BOBBY JOE THOMPSON              )
10              Defendant.          )
                                    )
11

12
         The above named defendant having been sentenced on November
13
    25, 2013  TO 5 MONTHS, (TIME SERVED)
14
         IT IS HEREBY ORDERED that the defendant shall be released
15
    FORTHWITH . A certified Judgment and Commitment order to follow.
16

17

18       DATED: 11-26-13

19
                                        _____
20                                      ANTHONY W. ISHII
                                        U.S. District Judge
21
```

9/26/96 exonbnd.frm

1